JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>CAL FUEL, INC., a California corporation,<br><br>    Defendant. | Case No. 8:24-cv-02176-JWH-JDE<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case filed substantially contemporaneously herewith,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court does not possess subject matter jurisdiction over the claims that Plaintiff Adam Ghadiri asserts in his Complaint [ECF No. 1].

2. Accordingly, this action is **DISMISSED** for lack of jurisdiction.

3. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: January 21, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE